246

ROBERT WOODS, Plaintiff-Appellee, *v.* RONALD MCDOWELL, Defendant-Appellant.

(No. 70-191;

Second District—May 17, 1971.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Corrigan, Mackay, Quetsch & O'Reilly, of Wheaton, (William E. Black, of counsel,) for appellant.

Benson, Mair & Gosselin, of Batavia, for appellee.